IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

MARK JENKINS
_____,  )
                                      )
      Plaintiff,                      )
                                      )
v.                                    )   CASE NO. 2:25-cv-00676
                                      )   _____
JOHN HAMM, Commissioner, et al.       )
_____,  )
                                      )
      Defendants,                     )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW  Mark Jenkins  , a  Plaintiff  in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A | |
| | |
| | |
| | |

8/22/2025
_____
Date

/s/ J. Andrew Pratt
_____
(Signature)

J. Andrew Pratt
_____
(Counsel's Name)

MARK JENKINS
_____
Counsel for (print names of all parties)

King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Address, City, State Zip Code

Atlanta, GA 30309 | (404) 572-4600
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, J. Andrew Pratt, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 22nd day of August 20\_\_, to:

John Hamm, Commissioner, Alabama Department

301 South Ripley Street

Montgomery, AL 36104, and

Terry Raybon, Warden, Holman Correctional Facility

866 Ross Road

Atmore, AL 36503

8/22/2025
Date

/s/ J. Andrew Pratt
Signature