IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARK JENKINS<br>Prison Number Z-527<br><br>    Plaintiff,<br><br>v.<br><br>JOHN HAMM, Commissioner,<br>Alabama Department of Corrections,<br><br>and<br><br>TERRY RAYBON, Warden,<br>William C. Holmon Correctional Facility,<br><br>and<br><br>JOHN DOES I-X,<br>Individually and in their official capacities,<br><br>    Defendants. | Case No. 2:25-cv-00676<br><br>CAPITAL CASE |

## **MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, Mark Jenkins moves this Court to admit Joshua Toll of the law firm King & Spalding LLP to appear *pro hac vice* in this proceeding as counsel for Mr. Jenkins. In support of this motion, Joshua Toll represents as follows:

    1.    I reside, and regularly practice law, in Washington, D.C. I am admitted to the United States District Court for the District of Columbia and the Washington, D.C. Bar. My D.C. Bar Number is 463073;

    2.    I am in good standing with both of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the District of Columbia;

1

3. The one-hundred-dollar ($100) filing fee is being paid contemporaneously with this filing; and

4. I submit the Motion contemporaneously with the Complaint in this case.

WHEREFORE, Mr. Jenkins respectfully requests that the Court enter an Order permitting Joshua Toll to appear *pro hac vice* in this proceeding.

Dated: August 22, 2025

Respectfully submitted,

*/s/ J. Andrew Pratt*
J. Andrew Pratt (AL State Bar No. ASB-3507-J)
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Email: *apratt@kslaw.com*

Joshua C. Toll (D.C. Bar No. 463073)
King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
Tel.: 202-737-0500
Email: *jtoll@kslaw.com*

*Counsel for Plaintiff Mark Jenkins*