

# United States District & Bankruptcy Courts
# for the District of Columbia
CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC  20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court for the District of Columbia, do hereby certify that:

**JOSHUA  CHRISTOPHER  TOLL**

was, on the ___8th___ day of ___April___ A.D. ___2002___ admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington this ___18th___ day of ___August___ A.D. ___2025___.



**ANGELA D. CAESAR,** Clerk of Courts

By: ___/s/ Ángeles Brown___

**Deputy Clerk**