IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| MARK JENKINS<br>Prison Number Z-527<br><br>    Plaintiff,<br><br>v.<br><br>JOHN HAMM, Commissioner,<br>Alabama Department of Corrections,<br><br>and<br><br>TERRY RAYBON, Warden,<br>William C. Holmon Correctional Facility,<br><br>and<br><br>JOHN DOES I-X,<br>Individually and in their official capacities,<br><br>    Defendants. | Case No. 2:25-cv-00676<br><br>CAPITAL CASE |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, Mark Jenkins moves this Court to admit Samuel Diamant of the law firm King & Spalding LLP to appear *pro hac vice* in this proceeding as counsel for Mr. Jenkins. In support of this motion, Samuel Diamant represents as follows:

1. I reside, and regularly practice law, in California. I am admitted to the United States District Court for the Northern District of California and the State Bar of California. My California State Bar Number is 288738;

2. I am in good standing with both of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the Northern District of California;

1

3. The one-hundred-dollar ($100) filing fee is being paid contemporaneously with this filing; and

4. I submit the Motion contemporaneously with the Complaint in this case.

WHEREFORE, Mr. Jenkins respectfully requests that the Court enter an Order permitting Samuel Diamant to appear *pro hac vice* in this proceeding.

Dated: August 22, 2025

Respectfully submitted,

*/s/ J. Andrew Pratt*
J. Andrew Pratt (AL State Bar No. ASB-3507-J)
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Email: *apratt@kslaw.com*

Samuel R. Diamant (California State Bar 288738)
King & Spalding LLP
50 California Street, Suite 3300
San Francisco, CA 94111
Tel.: 415-318-1200
Email: *sdiamant@kslaw.com*

*Counsel for Plaintiff Mark Jenkins*