# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Samuel Diamant

Bar Number 288738

was duly admitted to practice in this Court on May 5, 2016, and is in good standing as a member of the bar of this Court.



Signed on August 19, 2025 by

Mark B. Busby, Clerk of Court