IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

MARK JENKINS
Prison Number Z-527

    Plaintiff,

v.

JOHN HAMM, Commissioner,
Alabama Department of Corrections,

and

TERRY RAYBON, Warden,
William C. Holmon Correctional Facility,

and

JOHN DOES I-X,
Individually and in their official capacities,

    Defendants.

Case No. 2:25-cv-00676

CAPITAL CASE

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama, Mark Jenkins moves this Court to admit Kathryn Lehman of the law firm King & Spalding LLP to appear *pro hac vice* in this proceeding as counsel for Mr. Jenkins. In support of this motion, Kathryn Lehman represents as follows:

    1.    I regularly practice law in Florida. I am admitted to the United States District Court for the Middle District of Florida and the State Bar of Florida. My Florida State Bar Number is 0095642;

    2.    I am in good standing with both of these bars and have attached herewith a Certificate of Good Standing from the United States District Court for the Middle District of Florida;

1

3. The one-hundred-dollar ($100) filing fee is being paid contemporaneously with this filing; and

4. I submit the Motion contemporaneously with the Complaint in this case.

WHEREFORE, Mr. Jenkins respectfully requests that the Court enter an Order permitting Kathryn Lehman to appear *pro hac vice* in this proceeding.

Dated: August 22, 2025

Respectfully submitted,

*/s/ J. Andrew Pratt*
J. Andrew Pratt (AL State Bar No. ASB-3507-J)
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Email: *apratt@kslaw.com*

Kathryn Lehman (Florida State Bar 0095642)
King & Spalding LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Tel.: (404) 572-4600
Email: *klehman@kslaw.com*

*Counsel for Plaintiff Mark Jenkins*