# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARK JENKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )  Case No. 2:25-cv-00676-RAH |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| TERRY RAYBON, Warden, Holman | ) |
| Correctional Facility, | ) |
|    Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Polly S. Kenny, and enters her appearance as counsel for the Defendants in the above-styled cause.

                                           Respectfully submitted,

                                           Steve Marshall
                                           *Attorney General*

                                           ***s/ Polly S. Kenny***
                                           Polly S. Kenny
                                           *Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Joshua Christopher Toll, Kathryn Stewart Lehman, Samuel R. Diamant, and James Andrew Pratt.**

                                         *s/ Polly S. Kenny*
                                         Polly S. Kenny
                                         *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242-7438
Fax (334) 353-8400
Polly.Kenny@AlabamaAG.gov

2