<div align="center">

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

ONE CHURCH STREET, ROOM B-110

MONTGOMERY, ALABAMA 36104

</div>

TREY GRANGER, CLERK OF COURT                                                             TELEPHONE (334) 954-3600

<div align="center">

September 2, 2025

**NOTICE OF DEFICIENCY
REGARDING CORPORATE/
CONFLICT STATEMENT**

</div>

**To:** John Q. Hamm, Terry Raybon

**From:** Clerk's Office

**Case Style:** Jenkins v. Hamm et al
**Case Number:** 2:25-cv-00676-RAH

Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1 and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.

<div style="color:red">**No corporate/conflict disclosure statement has been filed by you in this action.**</div>

**This deficiency must be corrected within ten (10) days from this date.**