IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

Mark Jenkins
_____ ,   )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )      CASE NO. 2:25-cv-00676-RAH
                                       )              _____
John Q. Hamm & Terry Raybon            )
_____ ,   )
                                       )
        Defendants,                    )

## CONFLICT DISCLOSURE STATEMENT

    COMES NOW John Q. Hamm & Terry Raybo, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐    This party is an individual, or

■    This party is a governmental entity, or

☐    There are no entities to be reported, or

☐    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| N/A_____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____
Date

s/ Polly S. Kenny
_____
(Signature)

Polly S. Kenny
_____
(Counsel's Name)

John Q. Hamm & Terry Raybon
_____
Counsel for (print names of all parties)
501 Washington Ave Montgomery, Al 36103
_____
Address, City, State Zip Code
334-353-9218
_____
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, Polly S. Kenny , do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF system (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 2nd day of September 2025, to:

James Andrew Pratt

Joshua Christopher Toll

Kathryn Stewart Lehman

Samuel R. Diamant

9/2/2025
Date

s/ Polly S. Kenny
Signature