# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MARK JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00676-RAH |
| JOHN Q. HAMM, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| TERRY RAYBON, Warden, Holman | ) |
| Correctional Facility, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned, Lauren A. Simpson, and enters her appearance as counsel for the Defendants in the above-styled cause.

        Respectfully submitted,

        Steve Marshall
        *Attorney General*

        ***s/ Lauren A. Simpson***
        Lauren A. Simpson
        *Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following: **Joshua Christopher Toll, Kathryn Stewart Lehman, Samuel R. Diamant, and James Andrew Pratt.**

*s/ Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Avenue
Montgomery, AL  36130
Office (334) 242-7438
Fax (334) 353-8400
Lauren.Simpson@AlabamaAG.gov

2