| Attorney or Party without Attorney:<br>J. ANDREW PRATT (SBN AL STATE BAR NO. ASB-3507-J)<br>KING & SPALDING LLP<br>1180 PEACHTREE STREET, NE SUITE 1600<br>ATLANTA, GA 30309<br>Telephone No: 650-422-6745<br><br>Attorney For: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>99994.420706 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRCIT COURT FOR THE MIDDLE DISTRICT OF ALABAMA | | | | |
| Plaintiff: MARK JENKINS, Prison Number Z-527<br>Defendant: JOHN HAMM, Commissioner, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-CV-00676-RAH |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1,2,3; CIVIL COVER SHEET; CONFLICT DISCLOSURE STATEMENT; MOTION FOR ADMISSION PRO HAC VICE X 3 (JOSHUA TOLL, SAMUEL DIAMANT, KATHRYN LEHMAN); CIVIL DOCKET

3. a. Party served:    JOHN HAMM, individually and in his official capacity as Commissioner
   b. Person served:   Barbara Baldwin, Legal Department, Authorized to Accept Service of Process, African American, Female, Age: 60, Hair: Black, Height: 5'5", Weight: 180.

4. Address where the party was served:   301 SOUTH RIPLEY STREET, MONTGOMERY, AL 36130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Sep 02 2025 (2) at: 02:49 PM

6. Person Who Served Papers:
   a. Myra Hal
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. The Fee for Service was:   $435.74

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/03/2025
(Date)

(Signature)



PROOF OF SERVICE

14042454
(9129958)