| | |
|---|---|
| *Attorney or Party without Attorney:*<br>J. ANDREW PRATT (SBN AL STATE BAR NO. ASB-3507-J)<br>KING & SPALDING LLP<br>1180 PEACHTREE STREET, NE SUITE 1600<br>ATLANTA, GA 30309<br>Telephone No: 650-422-6745<br><br>Attorney For:     Ref. No. or File No.: 99994.420706 | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRCIT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

Plaintiff: MARK JENKINS, Prison Number Z-527
Defendant: JOHN HAMM, Commissioner, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:25-CV-00676-RAH |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS 1,2,3; CIVIL COVER SHEET; CONFLICT DISCLOSURE STATEMENT; MOTION FOR ADMISSION PRO HAC VICE X 3 (JOSHUA TOLL, SAMUEL DIAMANT, KATHRYN LEHMAN); CIVIL DOCKET

3. a. Party served:     TERRY RAYBON, individually and in his official capacity as Warden
   b. Person served:   Jennifer Parker, Legal Assistant, Authorized to Accept Service of Process. African American, Female, Age: 50, Hair: Black, Height: 5'5", Weight: 180

4. Address where the party was served:   866 Ross Rd, Atmore, AL 36502

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Sep 03 2025 (2) at: 09:39 AM

6. **Person Who Served Papers:**
   a. Myra Hall
   b. FIRST LEGAL
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

   d. The Fee for Service was: 435.74

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



09/04/2025
(Date)

(Signature)



PROOF OF SERVICE

14074922
(9130057)