IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK JENKINS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:25-cv-00676-RAH |
| | ) |
| JOHN Q. HAMM, Commissioner, Alabama Department of Corrections, | ) |
| | ) |
| TERRY RAYBON, Warden, Holman Correctional Facility, | ) |
| | ) |
| and | ) |
| | ) |
| JOHN DOES 1-10, | ) |
| | ) |
|     Defendants. | ) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants' counsel, with the consent of Plaintiff's counsel, respectfully move this Honorable Court to extend the deadline for filing dispositive motions in this matter to **October 3, 2025**. As grounds, Defendants provide the following:

1. The complaint in this matter was filed on August 22. On that day, an additional seven 42 U.S.C. § 1983 complaints and a state civil action were filed against Defendants, all concerning ADOC's nitrogen hypoxia protocol.

2. Counsel are considering a motion for consolidation of the federal actions but request additional time to provide a joint motion to the Court.

3. Dispositive motions are due in these eight federal actions as early as September 19.

4. Both of Defendants' present counsel are counsel of record in *Boyd v. Hamm*, 2:25-cv-529-ECM (M.D. Ala.), an ongoing nitrogen hypoxia § 1983 on an expedited time frame due to the plaintiff's scheduled execution on October 23. Undersigned counsel is also the lead attorney in matters concerning Geoffrey Todd West, who is scheduled to be executed on September 25. While West does not currently have federal litigation pending, undersigned counsel anticipates at least a clemency petition.

5. Defendants' counsel have consulted with Plaintiff's counsel, who consent to this motion.

For the foregoing reasons, Defendants respectfully request that the Court extend the deadline for any dispositive motions in this matter to **October 3**.

Respectfully submitted,

Steve Marshall
*Attorney General*

*/s/ Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*

Polly S. Kenny
*Assistant Attorney General*

Office of the Attorney General

2


501 Washington Avenue
Montgomery, AL 36130-0152
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Lauren A. Simpson*
Lauren A. Simpson
*Deputy Attorney General*