IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARK JENKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cv-00676-RAH |
| | ) | |
| JOHN Q. HAMM, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is Defendants' *Motion to Dismiss* (doc. 19), filed on October 3, 2025. Accordingly, and for good cause, Plaintiff **SHALL** file a response to Defendants' motion on or before **October 24, 2025**. Any reply from Defendants **SHALL** be filed on or before **November 7, 2025**. Plaintiff's response shall not exceed forty-five (45) double-spaced pages unless the Court grants advance permission to exceed that limit. Defendants' reply shall not exceed twenty-five (25) double-spaced pages absent advance permission from the Court. All written submissions to the Court shall be in 14-point type, Times New Roman font, except that footnotes may be in 12-point type. Briefs or motions that exceed thirty pages shall include a table of contents, a table of authorities, and delineated sections. Absent a specific order of this Court, courtesy copies are **not** requested in this matter.

**DONE** and **ORDERED** on this the 6th day of October 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE