## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system, which will send notification of such filing to counsel of record.

                                      Respectfully submitted,

                                      */s/ Joshua Toll*

                                      Joshua Toll (D.C. Bar No. 463073) (*pro hac vice*)
                                      KING & SPALDING LLP
                                      1180 Peachtree Street, NE, Suite 1600
                                      Atlanta, GA 30309
                                      Tel.: (404) 572-4600
                                      Email: *jtoll@kslaw.com*