IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK JENKINS, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:25-cv-676-ECM |
| JOHN HAMM, Commissioner, Alabama Department of Corrections, *et al.*, | ) |
|     Defendants. | ) |

**O R D E R**

This case is one of eight civil actions that were filed on or about August 22, 2025, challenging the Alabama Department of Corrections' nitrogen hypoxia execution protocol. Now pending before the Court are the parties' joint motion to consolidate (doc. 18) and the Defendants' motion to dismiss (doc. 19). Upon consideration of the motions, and for good cause, it is

ORDERED that a hearing on the motions (docs. 18, 19) is SET for **January 14, 2026 at 10:00 a.m. CST** in **Courtroom 2A**, Frank M. Johnson, Jr. United States Courthouse Complex, 1 Church Street, Montgomery, Alabama.[1] Counsel shall be prepared to discuss the pending motions and all other aspects of the case.

The Clerk of the Court is DIRECTED to provide a court reporter.

---

[1] A hearing in the other seven cases is being set for the same time.

DONE this 12th day of December, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE