IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK JENKINS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:25-cv-676-ECM |
| | ) |
| JOHN HAMM, Commissioner, | ) |
| Alabama Department of Corrections, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**O R D E R**

Plaintiff Mark Jenkins ("Jenkins") is a death row inmate in the custody of the Alabama Department of Corrections ("ADOC") who elected to be executed by nitrogen hypoxia. Jenkins' case is one of eight civil actions that were filed on or about August 22, 2025, challenging, among other things, the ADOC's nitrogen hypoxia execution protocol. Now pending before the Court are the parties' joint motion to consolidate (doc. 18) and the Defendants' motion to dismiss (doc. 19). The Court held a hearing on the motions on January 14, 2026.[1] For the reasons stated on the record at the hearing, and for good cause, it is

ORDERED as follows:

1.    The joint motion to consolidate (doc. 18) is GRANTED, and a consolidation order will be entered separately;

2.    The Defendants' motion to dismiss (doc. 19) is GRANTED IN PART and

---

[1] A hearing in the other seven cases was held at the same time.

DENIED IN PART as follows:

    a.  The Defendants' motion to dismiss (doc. 19) is GRANTED as to the Sixth Amendment right of access to counsel claim, and this claim is DISMISSED WITH PREJUDICE;

    b.  The Defendants' motion to dismiss (doc. 19) is GRANTED as to the Fourteenth Amendment procedural due process claim regarding the unredacted protocol, and this claim is DISMISSED WITHOUT PREJUDICE per the parties' stipulation (doc. 27);

    c.  The Defendants' motion to dismiss (doc. 19) is DENIED as to the Eighth Amendment facial and as-applied claims, the First Amendment claim, and the RLUIPA[2] claim;

3.    The John Doe Defendants named in Jenkins' complaint (doc. 1) are DISMISSED from this action.

DONE this 15th day of January, 2026.

                    /s/ Emily C. Marks
                  EMILY C. MARKS
                  CHIEF UNITED STATES DISTRICT JUDGE

---

[2] Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc.