IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KIM VAN PELT, ) | CASE NO. 2:25-cv-671-ECM (LEAD) |
| RICK BELISLE, ) | CASE NO. 2:25-cv-673-ECM |
| JIMMY BROOKS, JR., ) | CASE NO. 2:25-cv-674-ECM |
| MARK JENKINS, ) | CASE NO. 2:25-cv-676-ECM |
| MARCUS WILLIAMS, ) | CASE NO. 2:25-cv-677-ECM |
| JARROD TAYLOR, ) | CASE NO. 2:25-cv-678-ECM |
| JEFFERY LEE, ) | CASE NO. 2:25-cv-680-ECM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN Q. HAMM, Commissioner, ) | |
| Alabama Department of Corrections, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons stated on the record at the January 14, 2026 hearing, and for good cause, it is

ORDERED as follows:

1. Case Nos. 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, 2:25-cv-678-ECM, and 2:25-cv-680-ECM, are CONSOLIDATED for discovery and case management, with Case No. 2:25-cv-671-ECM being the LEAD CASE;

2. Unless and until the Court orders otherwise, **the parties shall file documents in the lead case only**: **Case No. 2:25-cv-671-ECM.** The Court will not consider documents filed in the member cases. The Clerk of the Court is DIRECTED to return to

the parties any documents submitted for filing in any of the member cases. Every document filed in this consolidated matter must include the case numbers of the lead case, Case No. 2:25-cv-671-ECM, and the member cases listed in the caption of this Order;

3. The Clerk of the Court is DIRECTED to file a copy of this Order in the following cases: Case Nos. 2:25-cv-671-ECM, 2:25-cv-673-ECM, 2:25-cv-674-ECM, 2:25-cv-676-ECM, 2:25-cv-677-ECM, 2:25-cv-678-ECM, and 2:25-cv-680-ECM;

4. If the State of Alabama moves to set an execution date for any of the Plaintiffs listed in the caption of this Order, the Defendants shall notify the Court as soon as practicable but **no later than twenty-four hours after the filing of the motion to set an execution date.**

DONE this 15th day of January, 2026.

                                          /s/ Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE